**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Peter D. Prevett

   v.                                                Civil No. 06-cv-183-PB

New Hampshire Supreme Court


**O R D E R**

The case summaries of each proposed discovery plan set out that party's theory of the case. The dates set forth in defendant's plan (document no. 6) are adopted as the court's scheduling order.

**SO ORDERED.**

                                              /s/ James R. Muirhead
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: September 21, 2006

cc:   Peter D. Prevett, *pro se*
      Andrew B. Livernois, Esq.